SEC10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**EXPERT REPORT OF PATRICK B. DOODY**

**August 12, 2021**

*U.S. Securities and Exchange Commission v. Sergii Grybniak, Opporty International, Inc., et al.*

TABLE OF CONTENTS

1.    Introduction ........................................................................................................................ 2

    1.1    Assignment ................................................................................................................ 2

    1.2    Qualifications ............................................................................................................ 3

    1.3    Documents Considered ............................................................................................. 4

2.    Summary of Findings .......................................................................................................... 5

3.    Background .......................................................................................................................... 6

    3.1    Digital Assets ............................................................................................................ 6

    3.2 Trading Platforms ........................................................................................................ 7

    3.3    Fundraising ................................................................................................................ 8

4.    Opporty Platform Overview ............................................................................................... 9

    4.1    Description of Opporty's Platform ........................................................................... 9

    4.2    OPP Token .............................................................................................................. 10

    4.3    Opporty's ICO ........................................................................................................ 11

5.    Economic Features and Value Proposition of OPP Token ............................................... 13

    5.1    Fixed Supply Cap Token ......................................................................................... 13

    5.2    Perspective of a Reasonable Purchaser with Respect to Opporty's FixedSupply Cap ................... 15

6.    ICO Mechanics and Incentives ......................................................................................... 16

    6.1    Opporty's Rolling Pre-Sale and Pre-Sale Bonus ................................................... 16

    6.2    Token Vesting ......................................................................................................... 18

    6.3    Perspective of a Reasonable Purchaser with Respect to ICO Mechanics and Incentives ........... 19

7.    Market Factors Discussed in Opporty's Promotional Communications ............................ 20

    7.1    Factors Important to Investment-Oriented Purchasers ........................................... 20

    7.2    Company Announcements Discussing Investment Use Case ................................... 20

    7.3    Team Members and Company Partnerships ............................................................ 22

    7.4    Growth and Usage Metrics ..................................................................................... 23

    7.5    Use of Funds for Platform Development ................................................................. 24

    7.6    Trading Platform Listings ....................................................................................... 28

    7.7    Perspective of a Reasonable Purchaser with Respect to Market Factors Discussed in Opporty's Promotional Communications ................................................................................. 29

8.    Summary of Findings and Conclusions ............................................................................ 30

9.    Disclaimer ......................................................................................................................... 31

## 1.    Introduction

### 1.1    Assignment

1.    I have been engaged by the U.S. Securities and Exchange Commission ("SEC") to provide expert testimony in the matter of *U.S. Securities and Exchange Commission v. Sergii Grybniak, Opporty International Inc.*, *et al*., pending in the United States District Court for the Eastern District of New York. The SEC retained me to independently analyze and render opinions in two areas. First, I was asked to opine on the perspective of a reasonable purchaser participating in Defendants' initial coin offering ("ICO"). The purchasers in this matter comprise individuals who purchased digital assets called OPP Tokens ("OPP") that Defendants offered and sold during the period September 2017 through October 2018 (hereinafter, the "Relevant Period"), including by entering into a Simple Agreement for Future Tokens ("SAFT") with Opporty International, Inc. ("Opporty"). An ICO is the public sale and distribution of tokens in exchange for other assets such as U.S. Dollars or Ether, similar in concept to an IPO for an initial sale of stock.

2.    Second, the SEC also retained me to independently analyze and opine on the extent to which OPP was developed and promoted in a manner more consistent with "investment" use or with "utility" use. The investment use case describes a situation in which tokens are held for the purpose of earning a profit through the appreciating value of the tokens or through other earnings that accrue to the token holders. The utility use case pertains to consuming a good, service, or function of the blockchain that is unlocked by the tokens themselves. The utility use case does not require an intent to profit but rather to consume the value or resources represented by the token.

2

3.      In addition, I was also asked to provide background on digital asset trading technology, digital asset trading platforms, and the state of the ICO market at the time of Opporty's ICO. My assignment also involved analyzing the Ethereum blockchain, which includes understanding the nature of the receipt and flow of purchaser funds by Opporty and the subsequent distribution of OPP.

## 1.2    Qualifications

4.      I am a Director at Integra FEC LLC ("Integra"), a forensic data analytics and economic consulting firm. My work with Integra has included assisting various government agencies with investigating securities violations and financial fraud in the digital assets space. This experience includes analyzing fraudulent blockchain investment schemes, tracking money laundering on the blockchain, and discovering and proving manipulative trading activity related to digital assets, the last of which involved writing an expert declaration filed in connection with a different case before this Court. I have also written an expert report filed for the SEC in *SEC v. Telegram Group Inc.*, 448 F. Supp. 3d 352 (S.D.N.Y. 2020), about purchaser intent concerning Telegram Group's digital assets – a report cited by the Court multiple times in finding that a reasonable purchaser of the digital assets would have had an expectation of profit. *Id*. at 372-73 & n.3. I have provided expert consulting in blockchain, digital assets, and forensic data analytics for private companies, federal agencies, and foreign securities regulators.

5.      In addition, I am the Founder and Managing Director of an investment partnership, Lily Pad Capital LLC. Lily Pad Capital was founded in 2016 in part to make investments in the digital asset space, and since then I have profitably allocated capital to many digital asset investments. In addition to analyzing hundreds of companies, projects and tokens in the digital asset space, I have developed and executed successful cryptocurrency arbitrage

strategies. These activities have given me an intimate familiarity with many different participants in the digital asset ecosystem, including retail traders, institutional investors, cryptocurrency miners, software developers, entrepreneurs, and venture capital investors. I have practical firsthand experience with using blockchains as well as the trading platforms, software platforms, and institutional products built on top of them. In addition to my experience in digital asset investments, I have 19 years of experience evaluating and investing in companies, public equities, commodities, bonds, currencies, and derivatives of those asset classes. I have managed automated quantitative strategies as well as discretionary investment strategies across many different asset classes, with emphasis on equities and equity options. As part of this work, I routinely analyze the investment thesis – that is, the relative risks and rewards of an investment and the circumstances in which the investment makes the most sense – for hundreds of investments, including digital assets. I received a B.S. in Electrical Engineering from Rice University, and an M.S. in Electrical Engineering from The University of Texas at Austin.

6.      Appendix A to this report contains my curriculum vitae with more details about my professional background. I am a salaried employee of Integra FEC. Integra is compensated by the SEC at a rate of $435 per hour for the time I spend on this matter. I have been assisted by additional staff members of Integra to analyze data and documents related to this matter. Integra is compensated by the SEC at a rate of $520 per hour (Engagement Director), $320 per hour (Data Scientist), and $230 per hour (Data Analyst) for their work.

**1.3    Documents Considered**

7.      Appendix B to this report contains a complete list of documents and data sources I considered, including those I relied upon, in completing the analysis in this report. Included in that list are Opporty's offering documents including its Private Placement Memorandum

4

("PPM") and SAFT, the list of Ethereum addresses used by Opporty to collect ICO funds, Ethereum blockchain data, promotional materials published by Opporty, and social media posts made by Opporty through its contractors and Grybniak. I also relied on the Opporty white paper, a document which describes the key features of Opporty's platform, management team and token.

**2.      Summary of Findings**

8.      Based on my review and analysis of the facts presented to me, including Opporty's public statements made during the Relevant Period, and on my professional experience in the digital-asset space, I find the following:

9.      Statements made by Opporty in connection with its offering and sale of OPP (including the SAFT) were consistent with promoting an investment use case, and based on those statements and my experience, I conclude that a reasonable purchaser would have had an expectation of future profit derived from the efforts of Opporty and Grybniak. Opporty designed and promoted a variety of features of its project and token in a manner that would appeal specifically to purchasers considering buying OPP with investment intent. This promotional activity included advertising the plans for product development, the experience and expertise of Opporty's team members, the size of the total market for its platform and services, and existing business partners. The possibility of a growing and valuable platform – paired with a fixed supply of tokens – provided a bull thesis to potential purchasers for the increased future value of the token. This bull thesis was further bolstered by Opporty seeking to list the tokens on public trading platforms and by restricting the supply of tokens with vesting (or lock-up) periods.

10.    Based on Opporty's public statements, the timing of the ICO, and the design of the relevant OPP token economics, I also conclude that Opporty's offering was inconsistent with distributing tokens to facilitate a utility use case such as buying goods and services on Opporty's platform. Even though OPP was offered and sold to purchasers as early as October 2017, Opporty did not begin distributing the tokens until the Fall of 2018. As such, those original purchasers of OPP could not immediately use the tokens and had to endure: 1) tying up capital for an indefinite period of time; 2) price risk due to significant uncertainty about the future value of those tokens; and 3) risk that the platform would never be fully operational and the purchase would be wasted entirely. In addition, Opporty publicly stated that it would be possible for users of its platform to make purchases directly in fiat currency on its platform[1], obviating the need for a business or consumer to purchase OPP for a utility purpose.

## 3.    Background

### 3.1    Digital Assets

11.    Digital assets, such as Bitcoin and Ether, are assets wherein transactions or account balances involving those assets are recorded and maintained on digital ledgers using blockchain technology. The most popular examples of these occur or can be found on decentralized, publicly accessible ledgers. Cryptographically-signed transactions denominated in these digital assets are validated and grouped together into "blocks." A "blockchain" comprises a chronological collection of successive blocks that have been accepted by a software-defined consensus mechanism. This blockchain data is typically stored for the collective use of anyone who wishes to interact with the data or transaction history associated with a given digital asset.

---

[1] Opporty White Paper Version 1.7 at 11 (2017). SEC-OPPORTY-E-0000949 to SEC-OPPORTY-E-0000997.

The primary digital asset that is recorded on a given blockchain is referred to as that blockchain's "native asset." For example, Ether ("ETH") is the native asset of the Ethereum blockchain.

12.    The Ethereum blockchain provides computational features beyond just the record-keeping function of maintaining a digital asset ledger. It includes functionality for "smart contracts," which are software-defined applications with code stored directly on the blockchain. Smart contracts contain instructions for a wide range of tasks, including automating financial transactions between parties, storing data on the blockchain, and defining new digital tokens which are themselves digital assets. For example, Opporty used smart contracts on the Ethereum blockchain to automate the receipt of ETH from purchasers of OPP and/or the SAFT.

13.    The most common and widely used tokens on the Ethereum blockchain are called "ERC-20" tokens, and Opporty's OPP token is a specific example of an ERC-20 token.

### 3.2    Trading Platforms

14.    Digital assets, like traditional financial assets such as stocks, are often traded in public marketplaces, also called "exchanges" or "trading platforms." Some popular examples of digital asset trading platforms are Coinbase, Binance, and Kraken. On these platforms, digital assets may be traded for fiat currencies or other digital assets. "Centralized exchanges" carry out this trading task on a private server, without recording trades directly on the blockchain. "Decentralized exchanges," on the other hand, record all trades on the blockchain, making every trade publicly viewable. Both types of trading platforms, along with alternate trading venues such as futures and derivatives markets, are components of the overall ecosystem of digital assets. These trading platforms facilitate the fundraising, hedging, speculating, and price discovery activities that are necessary to the proper functioning of a financial system.

### 3.3    Fundraising

15.    During the Relevant Period, new digital assets were typically offered to outside purchasers and sold in an ICO to raise funds for the development of blockchain-related platforms and projects. Often, issued ICO tokens were offered to anyone who sent acceptable digital assets to a particular blockchain address, but at other times, the sale was restricted to a set of investors who had been vetted and approved by the issuing organization. In the case of Opporty, the ICO was intended to be carried out on the Ethereum blockchain, with approved purchasers using ETH to buy OPP.

16.    In 2017, the market for ICOs and digital assets in general was growing exponentially, leading many investors to treat new tokens as potential investment opportunities. The average daily volume of spot trading across all digital assets, shown below in Figure 1, increased by more than a factor of 100 between January and December of 2017 to a daily average of more than $30 billion. The investment return of an equal-weighted portfolio of the top-50 most valuable digital assets, shown below in Figure 2, increased in price by over 80 times over the same time period.

**Figure 1. Average Daily Trading Volume Across All Digital Assets in 2017**



8

**Figure 2. Equal-Weighted Portfolio of Top-50 Digital Assets ($100 on January 1)**



### 4.        Opporty Platform Overview

#### 4.1        Description of Opporty's Platform

17.        Opporty's white paper was a key source of public information for potential purchasers, and it detailed – among other topics – many of the features and characteristics of the project's software, business model, token, and development team. During the Relevant Period, releasing a white paper associated with and in advance of ICOs was a requisite step in the digital asset space to inform potential purchasers about the ICO. Opporty posted updated versions of its white paper on its publicly available website, www.opporty.com.

18.        In Opporty's white paper, Opporty's platform was described and promoted as a "crypto-powered marketplace for B2B [business to business] and B2C [business to consumer] commerce."[2] Opporty touted that its platform, if successful, would provide a marketplace for customers and businesses, service providers in particular, to connect and transact business. For

_____

[2] *Id*. at 2.

9

example, small and medium-sized businesses would be able to create listings, advertise, and find customers. Consumers would be able to discover and vet service businesses. Searches, reviews, knowledge sharing, directories, and lead generation were among the features promoted by Opporty to potential platform users.[3] Figure 3 shows a graphic from Opporty's white paper listing some of these platform functions.

**Figure 3. Primary Features of the Opporty Platform[4]**



### 4.2    OPP Token

19.    Opporty stated in its white paper that one primary use for OPP would be to "purchase Opporty services" and to serve as "a go-to currency for small businesses."[5] In order for customers and businesses to use OPP, they would need to purchase and maintain an inventory

---

[3] *Id*. at 2-4.
[4] *Id*. at 3.
[5] *Id*. at 24.

of OPP or earn them by selling goods or services to another party who held and used OPP to pay for the respective goods or services. Opporty's white paper also stated that OPP could potentially be used by businesses to pay for "advertising services and priority listing."[6]

20.    Opporty's white paper also stated OPP could be generated and earned by individuals as part of the "gamification" aspects of the platform and that rewards and incentives could potentially be paid out in OPP to encourage users to engage with the platform.[7]

### 4.3    Opporty's ICO

21.    Opporty first announced its ICO in September 2017 as an "upcoming token sale."[8] On October 1, 2017, Opporty announced that "[t]he ICO is a little more than 2 weeks away."[9] However, on October 16, 2017, Opporty announced that it was postponing the ICO until October 27; meanwhile, it told potential purchasers that they could join a "Whitelist" and buy OPP at a discount in a "pre-sale" starting October 19.[10] Opporty first received ETH from OPP purchasers on October 20, 2017.[11] In subsequent months, Opporty on multiple occasions announced a target date for the ICO, but then postponed the ICO and encouraged potential OPP purchasers to participate in the "pre-sale" by offering a bonus incentive. For example, after again delaying the ICO that was to begin on November 27, 2017, Opporty announced, "[t]he good news is, our exclusive whitelisted pre-sale is still on. Take your chance to get up to 35% bonus

---

[6] *Id*. at 16.

[7] *Id*. at 11, where the gamification feature of Opporty's platform is described as a "Rewards system that incentivizes users to contribute content to Opporty's knowledge-sharing platform, build their reputation, and earn tokens."

[8] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg21779990#msg21779990.

[9] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg22427815#msg22427815.

[10] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg23108705#msg23108705 and https://bitcointalk.org/index.php?topic=2172536 msg23212374#msg23212374.

[11] Exhibit 1 – Opporty ETH Transactions, which has transaction details of the ETH collected from OPP purchasers.

on your contribution. https://opporty.com/ico/join-the-whitelist/."[12] During October 2017 through January 2018, Opporty continued to receive ETH from purchasers in connection with this whitelisted pre-sale.

22.     On February 1, 2018, Opporty announced that another "whitelisted pre-sale" would take place on February 5, 2018.[13] This pre-sale occurred between February 5, 2018, and March 10, 2018.[14] In order to participate in the pre-sale, purchasers were required to execute a SAFT, acknowledge the receipt and review of Opporty's PPM, and successfully complete an accredited-investor or know-your-customer verification. This pre-sale also promised, pursuant to the SAFT and PPM, bonuses for pre-sale participants depending on their respective OPP purchase amounts and holding (lock-up) periods.[15] Opporty did not issue OPP tokens to the purchasers at the time because, pursuant to the SAFT and PPM, Opporty would issue OPP at a future date upon its determination that its marketplace platform had achieved "minimum viable product" ("MVP") status,[16] which did not occur until Fall 2018. Thus, at the time of the SAFT executions in early 2018, purchasers did not receive – and so would not be able to use – the tokens. The earliest OPP purchasers could have used the tokens was after OPP was first distributed to purchasers on the blockchain beginning in September 2018.[17]

---

[12] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg25382214#msg25382214.

[13] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg29392793#msg29392793.

[14] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536.msg32011862#msg32011862.

[15] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg29488268#msg29488268.

[16] "Minimum Viable Product" ("MVP") generally refers to the earliest iteration of a product still under development that has enough functionality to be useful to customers. The Opporty SAFT defines MVP for the Opporty platform. *See* Opporty Simple Agreement for Future Tokens at 4 (2017). SEC-OPPORTY-E-0000012 to SEC-OPPORTY-E-0000030.

[17] *See* OPP transaction details in Exhibit 2 - Opporty OPP Distribution Transactions. September 2018 is the earliest date OPP was sent to verified purchasers. There was a single test transaction in January 2018 which preceded any other OPP transaction by more than nine months. It was sent to an address that does not belong to a registered Opporty purchaser and was immediately returned to the Opporty smart contract address.

23.      During Opporty's pre-sales from October 2017 to March 2018, five Opporty-owned Ethereum addresses received 793.5 ETH from purchasers.[18] The minimum price of one ETH during this period was about $300 and the maximum price was about $1,450.[19] Rounding down to the nearest hundred from the midpoint of this range, and using an approximate value of $800 per ETH, the total value of the "pre-sale" fundraising was approximately $634,800.

**5.      Economic Features and Value Proposition of OPP Token**

**5.1      Fixed Supply Cap Token**

24.      For any token with a fixed supply cap, increased demand for the token tends to increase the price of the token. This is a basic economic result of supply and demand. OPP was created with a maximum fixed supply cap of one billion tokens along with a variable price dictated by market forces. The anticipated use of Opporty's platform by customers and businesses would increase the demand for OPP and increase its price as a result. Similarly, speculative or investment-driven demand for the token would also increase the token price.

25.      The fixed-supply, variable-price token model takes on further importance because of Opporty's efforts to promote the future growth of its platform, which is the subject of Section 7.4 below. Based on my experience investing in digital assets, a reasonable purchaser of OPP would understand that if Opporty were successful in growing the platform's user base, the ensuing increased demand for OPP would result in the increase of the price of OPP.

26.      Indeed, Opporty on multiple occasions highlighted how increased usage of its platform would increase the price of OPP, including in its white paper, as shown in Figure 4.

---

[18] *See* Exhibit 1 - Opporty ETH Transactions.
[19] ETH prices were obtained from www.coingecko.com, a popular internet site that tracks and charts prices for digital assets.

13

**Figure 4. White Paper Comment Related to Token Price Support[20]**

> The team envisions Opporty tokens as a go-to currency for small businesses. Tokens are protected from devaluation by the sheer number and value of services provided at the marketplace. A built-in cryptocurrency, the OPP token will be used by the Opporty community, and, consequently, they will support its cost and value.

27.    A similar point was made in a promotional video sponsored by Opporty and streamed on YouTube: "As the community grows, their [OPP's] value will increase based on the following: originally a limited amount of coins are issued, and the total amount of users on Opporty will continuously grow."[21] Additionally, as shown below in Figure 5, an October 10, 2017, Opporty post on the BitcoinTalk forum (a social media site popular with digital asset investors) likewise explained the link between token value and usage of Opporty's platform:

**Figure 5. Opporty Post on BitcoinTalk Forum Explaining Link Between Token Value and Platform Usage[22]**

**BlitzandBitz**, thanks for the question!

We cannot guarantee a stable price for OPP tokens, however our tokens' value will be supported with services provided on Opporty.com, so you can always exchange them for a useful service. Our token will grow in value with growing demand on these services, so the more users use our platform - the higher price will be for a token, that's how utility tokens work. Even if user want to pay with a credit card, we will exchange this payment to our tokens on the back-end, thus creating demand for tokens even though user uses credit card instead of buying our tokens on exchanges

I hope we answered your question!
Please don't hesitate to ask more,

- Opporty Team

28.    The value of the token increasing with additional usage of the platform is beneficial to purchasers who buy OPP with investment intent, but not so for users of the platform who would face fluctuating prices and changing exchange rates for the goods and services they purchase or sell. For example, it would be difficult for a small business using Opporty's platform

---

[20] Opporty White Paper Version 1.7 at 24 (2017). SEC-OPPORTY-E-0000949 to SEC-OPPORTY-E-0000997.

[21] YouTube. Opporty's ICO Begins on October 18th. https://youtu.be/n8YFxdsoRKk?t=342. (2017). The opening frame describes the video as "Special coverage brought to you by Opporty."

[22] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg22824758#msg22824758.

14

to manage revenues and expenses denominated in OPP with fluctuating and volatile prices and exchange rates.

29.     Opporty's fixed-supply token model was the opposite of a fixed-price model of a "stablecoin." Stablecoins, such as the popular industry leaders, Tether and USDC, are tokens designed to maintain a pegged value against a fiat currency such as U.S. Dollars and are used extensively in the digital asset space for commerce and trading. A stablecoin issuer ensures that the available token supply grows or shrinks to match the demand. For several reasons, these fixed-price tokens are compatible with utility use for commercial transactions. For one, stablecoins allow both the consumer and the vendor to transact in their normal unit of account, such as U.S. Dollars. Thus, neither party has to endure uncertainty about the future value of expenses or revenues. Additionally, vendors do not need to constantly change posted prices to reflect current exchange rates. This is why nearly all economic activity in the United States is transacted in U.S. Dollars instead of a mixture of exotic assets with rapidly fluctuating market prices against the Dollar.

30.     Outside of the blockchain space, airline miles are another example of a fixed-price asset that contrasts with Opporty's fixed-supply token model. The supply of award miles grows as miles are rewarded for completed flights and shrinks as miles are redeemed by consumers. While the number of existing miles fluctuates, the miles themselves continue to represent a stable basket of consumption.

**5.2     Perspective of a Reasonable Purchaser with Respect to Opporty's FixedSupply Cap**

31.     The difference between a fixed-supply token (e.g., OPP) and a fixed-price token (e.g., USDC stablecoin) is directly relevant to how the business value relates to the token value.

15

The fixed-price token does not change in value against its reference price as its usage increases or decreases. However, the fixed-supply token has a market price that depends very strongly on the popularity and the performance of the platform that uses it. Accordingly, based on Opporty's public statements and my investment experience, a reasonable purchaser of OPP would understand the direct relationship between the performance of the business and the price of the token. This relationship provides a powerful incentive to make a speculative purchase of a token that would likely increase in value if the efforts of management to develop the platform pan out. By comparison, no one expects to make a profit from airline miles based on an airline's success. In contrast, Opporty communicated that OPP would "grow in value" with "growing demand" and "more users" on its platform.[23]

## 6.    ICO Mechanics and Incentives

### 6.1    Opporty's Rolling Pre-Sale and Pre-Sale Bonus

32.    During the Relevant Period, Opporty postponed its "main sale" ICO several times but invited potential purchasers to participate in an "ICO pre-sale" with built-in incentives.[24]  For example, Figure 6 shows a screenshot from one of the company's social media posts from early November 2017, on its main announcements thread on BitcoinTalk, explaining the ICO delay and encouraging people to participate in the ongoing "ICO pre-sale" by offering up to a 35% bonus for purchasing OPP.

---

[23] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg22824758#msg22824758.
[24] Opporty kept potential purchasers updated through social media posts, such as on their main announcement [ANN-ICO] thread on BitcoinTalk.

16

**Figure 6. November 2, 2017, Opporty Post on BitcoinTalk Forum[25]**

Hello Sam San, The token sale will begin on November 27, minimum transaction for ICO is 0.3ETH.

Opporty ICO pre-sale is live now, It available to the Whitelist members only. Minimum for Whitelist pre-sale is 1 ETH. Buy our tokens till November 26 and get up to 35% bonus on your purchase. Here is how you can join the Whitelist:  https://opporty.com/ico/join-the-whitelist/

33.      During the ongoing ICO process, funds were transferred from the Ethereum accounts of prospective OPP purchasers into Opporty's digital wallet addresses. Figure 7 displays the details of one such transaction occurring in December 2017.

**Figure 7. December 8, 2017, ETH Transaction from OPP Purchaser to Opporty[26]  (The contract address beginning with "Oxca67" belongs to Opporty.)[27]**



34.      While Opporty offered OPP beginning in 2017, Opporty did not begin distributing the actual tokens until September 2018.[28] Committing to buy OPP many months before the tokens were actually issued does not make sense for a purchaser planning to use the tokens to buy goods and services on Opporty's marketplace platform. This is even more the case for a fixed-supply token, like OPP, that would be expected to fluctuate widely in value upon being listed on a digital asset trading platform.

---

[25] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg23944289#msg23944289.
[26] https://etherscan.io/address/0xca67e92833c2de6bf3a444127fa0c60092255bf4.
[27] Exhibit 3 - List of Opporty Ethereum Addresses.
[28] Exhibit 2 - Opporty Distribution of OPP on Ethereum Blockchain.

17

## 6.2   Token Vesting

35.     One way to increase the average holding period of an investment is to provide an incentive based on a vesting schedule or holding period, in which the purchaser and holder of the digital asset will agree to give up the right to sell the asset for a pre-determined amount of time, usually in return for a better price or a bonus allotment of tokens in the future. One such incentive for ICOs occurring during the Relevant Period was a bonus of additional tokens depending on the amount purchased and the duration of the holding period. The longer the holding period, the greater the bonus offered. Participating in a vesting bonus is in direct conflict with using a digital asset as a utility token, because the tokens cannot possibly be used for a utility purpose while they are locked up during the vesting period.

36.     Opporty offered a vesting bonus to potential purchasers, which created an incentive for purchasers to buy and hold the tokens as a long-term investment rather than for short-term usage. Restricting selling through vesting (lock-up) periods would reduce the supply of OPP for sale, which would in turn lead to upward pressure on the price of OPP as it would reduce selling pressure on the open market.

37.     According to Opporty's SAFT, the purchasers participating in the ICO who signed the SAFT would be entitled to a sliding scale of bonus OPP based on how long they held onto their tokens, after the SAFT was later automatically converted into tokens. Figure 8 illustrates this sliding scale as described in Opporty's SAFT.

18

**Figure 8. OPP Token Vesting Bonus**[29]

| Investment Amount | 1-Month Vesting Period | 12-Month Vesting Period |
|---|---|---|
| 0 – 49 ETH | 25% | 35% |
| 50 – 99 ETH | 27% | 37% |
| 100 – 249 ETH | 30% | 40% |
| 250 – 499 ETH | 32% | 42% |
| 500 – 999 ETH | 35% | 45% |
| 1,000 – 4,999 ETH | 40% | 50% |
| 5,000 -ETH | 45% | 55% |

### 6.3    Perspective of a Reasonable Purchaser with Respect to ICO Mechanics and Incentives

38.    Based on my experience and my review of Opporty's offering documents and public statements, in my opinion, the various incentive and pre-purchase programs associated with Opporty's ICO were consistent with investment use, and they would all appeal directly to the interests of a reasonable purchaser pursuing an investment opportunity. The bonus for participation in the "ICO pre-sale" provided an incentive to make an earlier investment at a time when there was no actual utility usage for the token. The vesting bonus necessarily would appeal exclusively to those purchasers acting as long-term investors who are willing to forego the utility usage of the token for up to a year.

39.    As for a potential purchaser who was exclusively interested in immediately using the tokens to participate on Opporty's platform, choosing a vesting period that delayed receipt of tokens would make that participation impossible. Further, the pre-sale bonus would require executing a SAFT and/or purchasing OPP far before the platform was developed and open for business. Such an early pre-purchase of tokens would also expose would-be utility purchasers to the undesirable risk of price volatility.

---

[29] Opporty Simple Agreement for Future Tokens at 6 (2017). SEC-OPPORTY-E-0000012 to SEC-OPPORTY-E-0000030.

19

## 7.    Market Factors Discussed in Opporty's Promotional Communications

### 7.1    Factors Important to Investment-Oriented Purchasers

40.    Based on my experience as an investor in digital assets as well as my close observation of the digital asset space, there are several important factors that must be successfully communicated to potential purchasers who are considering whether to participate in a new ICO: 1) the company's own statements that the token is meant to be an investment, including their perspective on the bullish investment case for the token, *i.e.*, why it will increase in value; 2) a description of important company team members and company partnerships; 3) estimated growth and usage metrics for the platform or product; 4) plans for the use of funds being raised, along with a product development roadmap; and 5) access to liquidity for trading the new token such as through listings on digital asset trading platforms. Opporty addressed each of these factors in its promotional materials, as discussed and analyzed below.

### 7.2    Company Announcements Discussing Investment Use Case

41.    Some of the official posts by Opporty and/or Grybniak on the company's main announcements thread on BitcoinTalk and in other promotional materials directly reference the "investment" use case for the OPP token. Figure 9 shows one example of this, where Opporty uses the words "investment" and "investing" to refer to pre-sale purchases.

**Figure 9. October 21, 2017, Opporty Post on BitcoinTalk Forum Explaining Minimum Investment Amount[30]**

deeltje, our whitelisted pre-sale is pretty much open for anyone, minimum investment amount is just 1ETH, all you need is to email us at ico@opporty.com with your wallet address, amount you are considered investing and your preferable holding period (can be 0 months) and we will add you to our Whitelist

Thank you!

-Opporty Team

---

[30] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg23339448#msg23339448.

20

42.     Opporty's announcements thread on BitcoinTalk, with many dozens of pages of posts by individuals and official Opporty accounts, was used by Opporty to convey to potential purchasers that OPP could be a profitable investment. In 2017, "ANN" (or announcement) threads on BitcoinTalk provided an important hub for discussions about making investments in the digital asset space, with hundreds of issuers, including Opporty, discussing and pitching investors on their own tokens. This social media site was regularly frequented by digital asset investors, but not by, for example, "legal, accounting, and logistics" firms targeted by Opporty "[a]s a preliminary goal"[31] for its platform. Indeed, Opporty knew of the importance of using the ANN thread on BitcoinTalk to reach potential investors, as its bounty program, which was listed and promoted on a separate BitcoinTalk thread, expressly offered rewards to bounty program participants who promoted Opporty's ANN thread on Facebook, Twitter, YouTube, Telegram, or their BitcoinTalk signature line.[32]

43.     Based on an extensive review of the questions asked and subjects discussed on BitcoinTalk and other public forums related to Opporty, many of the topics discussed relate directly to the risk and reward considerations of purchasing OPP. Figure 10 demonstrates one such example, where in response to a potential purchaser's question about the investment case for OPP, Opporty replies that demand for OPP will grow as their platform grows.

**Figure 10. October 7, 2017, Opporty Post on BitcoinTalk Forum in Response to "Why Should Investors Buy Your Tokens?"[33]**

Why should investors buy your tokens?

We have 100% utility token, that means with growth of the platform demand on the token will grow as well. We have already built the MVP with real users, so our main ICO goal is to collect enough funds to grow platform to the next level

I hope we answered your questions, please feel free to ask more!

Opporty Team

---

[31] Opporty White Paper Version 1.7 at 28 (2017). SEC-OPPORTY-E-0000949 to SEC-OPPORTY-E-0000997.
[32] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2189721.
[33] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg22687101;topicseen#msg22687101.

21

### 7.3    Team Members and Company Partnerships

44.    The quality of an issuer's or a project's team is of paramount importance to a reasonable purchaser, especially with respect to an early-stage investment opportunity like Opporty's ICO. Opporty's website, white paper, and social media posts highlighted the strength of the team developing the platform, guiding the business strategy, and bringing strategic partners onto the platform.

45.    The white paper provided background information for more than 40 key team members, including relevant educational background and work experience of various contractors and advisors. For example, Figure 11 below shows Opporty's announcement of a new advisor on BitcoinTalk. This post focuses on the new team member's track record in managing a large investment fund as well as raising money for projects in the cryptocurrency space – a background that is very promising from the standpoint of a potential investor in OPP, but not as relevant for someone who is considering a utility purchase of OPP to buy or sell services on the Opporty platform.

**Figure 11. November 15, 2017, Opporty Post on BitcoinTalk Forum Announcing New Team Member [34]**



---

[34] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg24646781;topicseen#msg24646781.

46.     In addition to team members, Opporty publicized key strategic partnerships. Whether or not the partnerships existed or came to be, this promotional effort bolstered Opporty's credibility as a business, and signaled to potential purchasers that an investment in OPP tokens was likely to be profitable. For example, Opporty promoted partnerships with Microsoft Corporation and other businesses and entities on its website in a "one-pager" summary of its business as well as in other promotional and offering materials.[35]

### 7.4    Growth and Usage Metrics

47.     Opporty's white paper claimed that its platform and user base would grow substantially simply based on the total addressable market of small businesses that could be potential platform users. The initial target market for Opporty's platform, according to the white paper, included lawyers, accountants, and logistics companies. The promotional materials indicate that this potential U.S. market includes 170,000 law firms, 1,315,000 lawyers, 42,000 accounting firms, 500,000 truck carriers, and 10,000 freight forwarders. The white paper also stated: "[i]n its initial stage, Opporty has the potential to appeal to no fewer than 500,000 companies in the United States alone." The white paper goes on to discuss Opporty's "enormous" long-term total addressable market that includes 28.8 million small business in the United States, 40 million small businesses in China, and 23 million small business in the European Union.[36]

48.     This massive growth potential of Opporty's platform would be a crucial factor for any potential OPP purchaser with the intention of making an investment that increases in value over time. On social media, Opporty linked a growing user base with the increased value of OPP,

---

[35] Opporty. The Future of Business Relations Powered by Blockchain (2017). SEC-OPPORTY-E-0001515.
[36] Opporty White Paper Version 1.7 at 28 and 29 (2017). SEC-OPPORTY-E-0000949 to SEC-OPPORTY-E-0000997.

stating, "Our token will grow in value with growing demand on these services, so the more users use our platform – the higher price will be for a token."[37] Hence, Opporty's optimistic predictions dovetailed with its token's fixed supply cap to create a reason to invest: positive financial returns due to the success of a growing business. Opporty's focus on its large, worldwide addressable market would have a much stronger appeal to potential purchasers of OPP interested in the investment use case as opposed to those interested in the utility use case. In my experience, large target addressable markets are a necessary ingredient in investment pitches made by startups to venture capital firms. On the other hand, local businesses and customers – which Opporty purported would be its core users – would likely be more interested in learning about localized (not overall) market adoption, *e.g.*, how many actual law firms in a given city have listings on Opporty, and how many actual customers in a given city have signed up on the platform.

### 7.5    Use of Funds for Platform Development

49.    During any fundraising event by a company, investors want to understand how the money being raised will be deployed by management to increase the value of the underlying enterprise, and therefore increase the value of the ownership stake. Opporty explained its plans for deploying capital and developing software in social media posts and described development milestone plans in its white paper. Figure 12 below shows the development roadmap Opporty posted on BitcoinTalk, which highlighted potential features such as gamification, escrow and a chatbot.

---

[37] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg22824758#msg22824758.

**Figure 12. Opporty's Development Roadmap**[38]



50.     Likewise, Figure 13 below from Opporty's ICO page on its website shows Opporty's planned allocation of resources from the fundraising. The descriptions of these spending categories guide a potential OPP purchaser to understand how the funds will be used by the company to increase the active user base, develop the platform, bring new partners onto the platform, or promote the project. This description of the planned use of funds is much more consistent with an investment case than a utility case. A purchaser of OPP interested in the utility case would be better aided by seeing concrete examples of what types of goods and services OPP could actually purchase from local vendors on Opporty's marketplace platform.

---

[38] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg23165641#msg23165641.

**Figure 13. Opporty's ICO Website: Planned Use of Funds[39]**



51.     Regarding what Opporty actually did with the funds raised during the ICO, based on blockchain analysis[40] and reviewing Opporty's financial documents, I conclude that the ETH raised in the Opporty ICO was commingled and pooled together into a common collection of blockchain addresses controlled by Opporty. There were five publicly-known Ethereum addresses owned by Opporty that were used to receive funds from actual and potential participants in the ICO. These funds, later sent to various blockchain addresses also owned by Opporty, were eventually distributed to trading platforms, companies, and individuals.

52.     According to blockchain transaction data and documents produced by Opporty, a broker located in Ukraine received substantial ETH payments from the common pool of Opporty

---

[39] Web Archive Snapshot of Opporty ICO Website (n.d.).
https://web.archive.org/web/20171105085737/https://opporty.com/ico/.
[40] The blockchain analysis conducted involved tracing the flow of ETH from the ICO deposit addresses (listed in Exhibit 1) to subsequent addresses on the Ethereum blockchain; tracing of ETH stopped when it flowed into a known third-party address.

funds with instructions to liquidate the assets into U.S. Dollars and distribute to various parties.[41]

An additional 300 ETH were sent to Bittrex, a popular digital asset trading platform.[42] Some of

the ETH sent to Bittrex was exchanged for Bitcoin and sent to Blockshine to pay a portion of the

fees required to secure a listing for OPP on BTCEXA, a digital asset trading platform located in

Australia.[43] Payments in ETH were also made from the Opporty Ethereum wallet addresses to

businesses that offer advertising and publicity within the digital asset ecosystem, such as

Etherscan, Coin Telegraph, and ICO Rating. Figure 14 below is an illustration of the flow of

funds between the public facing Opporty Ethereum wallet addresses (to which SAFT/OPP

purchasers sent ETH), the internal Opporty Ethereum wallet addresses that collectively held the

ICO fundraising assets, and certain third-party addresses that received and liquidated funds from

Opporty for various purposes.

**Figure 14. Opporty Ethereum Wallet Addresses and Fund Movements[44]**



---

[41] Instructions to an Exchange Agent for the Provision of Digital Asset Exchange Services. SEC-EMAILS-E-0008020, SEC-EMAILS-E-0008025, SEC-EMAILS-E-0008064.
[42] Account Information from Bittrex. SEC-OPPORTY-E-0005045.
[43] List of Opporty BTC Transactions. SEC-EMAILS-E-0005866.
[44] Exhibit 3 - List of Opporty Ethereum Addresses.

### 7.6    Trading Platform Listings

53.    During the Relevant Period, an important goal for most new ICOs was to secure a listing on a popular trading platform. Being listed on a trading platform meant more buyers and more liquidity for the token and in turn a higher token price. Investors in the digital asset space had funds deposited on particular trading platforms, so listing a coin on a given trading platform would unlock the buying power of the investors on that platform. Digital assets frequently had a significant price increase associated with either the beginning of trading on a major trading platform or the announcement that trading would begin soon.[45]

54.    Here, Opporty undertook great efforts to have OPP listed on various trading platforms. Indeed, Opporty spent $100,000 of its approximately $634,800 ICO fundraising total – 15.8% of the total offering proceeds – to secure a listing on BTCEXA.[46]

55.    In addition to spending a substantial sum of money to secure a listing, Opporty promoted several potential trading platform partnerships through official announcements and social media posts. For example, Figure 15 and Figure 16 below show official Opporty posts on BitcoinTalk that addressed their plans to get the OPP token listed on Bancor and four other unnamed trading platforms.

**Figure 15. November 27, 2017, Opporty Post on BitcoinTalk Forum Discussing Bancor and Other Partnerships[47]**

Let's start with the good news. We have received approval for some important strategic partnerships:
1. Bancor
2. Some other eminent funds have also requested information.

We are expanding those relationships and the opportunities they have opened for Opporty.

---

[45] Ante, L. Market Reaction to Exchange Listings of Cryptocurrencies (2019).

[46] Services Agreement Between Opporty International and Blockshine Technology. SEC-EMAILS-E-0005774.

[47] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg25322294#msg25322294.

28

**Figure 16. October 9, 2017, Opporty Post on BitcoinTalk Forum Discussing Trading Platform Listings[48]**

Quote from: okspam on October 09, 2017, 06:19:18 AM

Will you release tokens on the exchanges? When? Are you already in talks with some exchange?

Yes, we are talking with 4 exchanges, and will be listed on one of them no later than December

Thank you for your question,
- The Opporty Team

### 7.7    Perspective of a Reasonable Purchaser with Respect to Market Factors Discussed in Opporty's Promotional Communications

56.    The categories of promotional activity described above are important to purchasers who are making an investment decision. Grybniak and other Opporty representatives, through various official communication channels, explained at length how Opporty would develop its platform and tied the platform's growth to an increase in the value of OPP. Based on my analysis of Opporty's promotional activity and public statements, these factors – taken together – weigh in favor of and are consistent with investment use of OPP, as opposed to utility use.

57.    Many of the promotional and public statements discussed above would be irrelevant to a prospective business owner or consumer considering whether to purchase OPP to access and use Opporty's platform (*i.e.*, a utility use), even though such an individual may have still found value in learning about some of the topics. As detailed above, subjects covering the bull thesis for the token price, the management team's experience with fundraising and investor partnerships, strategic partnerships, projected growth metrics, allocation of funds, development roadmaps, and trading platform listings are all directly relevant to the concerns of an investor in

---

[48] [ANN-ICO] OPPORTY DECENTRALIZED SELF-REGULATED BUSINESS PLATFORM. (n.d.). https://bitcointalk.org/index.php?topic=2172536 msg22757148#msg22757148.

29

the digital asset space. The Opporty team devoted considerable time and effort to answering questions posed by potential purchasers on venues where digital asset investors were likely to congregate and communicate. Accordingly, based on my analysis and investing experience, I conclude that a reasonable purchaser of OPP and/or the SAFT would consider purchasing OPP as an investment.

### 8.    Summary of Findings and Conclusions

58.    As set forth above and based on my analysis of relevant documents and investment experience, including as an investor in digital assets, I am able to make the following findings and conclusions:

59.    Opporty's public statements and intentional design of the OPP token economics both strongly supported an investment use case, and are consistent with creating an expectation in the mind of a reasonable purchaser of earning an investment profit based on Opporty's efforts. The decision to issue the OPP token with a fixed supply and variable price provided a mechanism for token holders to directly benefit from the success of the Opporty platform. The vesting schedule and bonuses created a profit incentive to buy and hold the tokens as an investment. Additionally, Opporty publicly promoted the quality of its team members, key strategic partnerships, estimates of the platform's future usage and user growth, and plans for developing the platform's software features with the funds being raised in the ICO – all of which would promote to potential purchasers the increased future value of OPP.

60.    Opporty's offering was inconsistent with encouraging a utility use of OPP, and participants in the SAFT or OPP pre-sale would have been unlikely to purchase OPP to hold for later utility usage. The token design itself was not ideal for utility usage, as a fixed-supply token creates significant price volatility compared to the more convenient fixed-price stablecoins. In

30

addition, purchasers at the time of the SAFT and pre-sale with the intent to actually use the Opporty platform would need to lock up capital for a significant vesting period without a guarantee that the platform would ever become fully operational. Therefore, it was possible for a potential utility purchaser to lose the entire purchase value without a clear reason to take the initial risk.

**9.      Disclaimer**

61.      The opinions expressed in this report are based on my review and analysis of the documents that I have reviewed. I reserve the right to supplement my report and analysis based on any new evidence brought to my attention.

Patrick B. Doody

31

**Exhibit 1 – Opporty ETH Transactions**

*Analysis as of July 26, 2021*

Source: Etherscan.io and Integra analysis

**1. Summary of Opporty Collection Addresses Identified on Ethereum Blockchain**

| No. | Address | | Blockchain Name | Total ETH Received | Date of First Transaction |
|---|---|---|---|---|---|
| 1) | REDACTED | 55bf4 | OpportyPresale | 193.6 | 10/20/17 |
| 2) | REDACTED | cb21 | OpportyMonthHold | 144.3 | 2/5/18 |
| 3) | REDACTED | 9484 | OpportyPresale2 | 25.99 | 12/14/17 |
| 4) | REDACTED | f297 | OpportyWhiteList | 364 | 2/5/18 |
| 5) | REDACTED | 250a | OpportyYearHold | 65.61 | 2/5/18 |

*Subsequent pages provide transaction details for deposits into the addresses above.*

1

**2. Deposits into Address 1)** REDACTED **5bf4 (Opporty Presale)**

| Date and Time | Sending Address | | Amount (ETH) |
|---|---|---|---|
| 10/20/17, 9:39 PM | REDACTED | a693 | 2 |
| 10/21/17, 8:15 AM | REDACTED | a1af | 3 |
| 10/23/17, 9:10 PM | REDACTED | 371a | 1.1 |
| 10/24/17, 2:59 AM | REDACTED | 4a91 | 1 |
| 10/24/17, 3:37 PM | REDACTED | abbd | 100 |
| 10/25/17, 1:35 AM | REDACTED | 8223 | 6.3 |
| 10/25/17, 1:31 PM | REDACTED | 1bda | 3 |
| 10/25/17, 8:54 PM | REDACTED | 458f | 6.7 |
| 10/26/17, 1:48 AM | REDACTED | b364 | 5 |
| 10/26/17, 7:08 PM | REDACTED | 1f31 | 2.53 |
| 10/26/17, 8:05 PM | REDACTED | 9e65 | 1.001 |
| 10/31/17, 9:09 AM | REDACTED | e1ce | 1 |
| 11/2/17, 2:54 AM | REDACTED | 3722 | 1 |
| 11/3/17, 2:00 PM | REDACTED | cd3d | 5 |
| 11/8/17, 12:34 AM | | e879 | 2 |
| 11/9/17, 5:12 PM | REDACTED | c1bb | 1.2 |
| 11/15/17, 9:27 PM | REDACTED | 3603 | 1 |
| 11/16/17, 1:25 AM | REDACTED | 516a | 2 |
| 11/17/17, 11:49 AM | REDACTED | 99a7 | 1 |
| 11/17/17, 5:06 PM | REDACTED | c0f9 | 2 |
| 11/20/17, 4:30 PM | REDACTED | df88 | 1.02 |
| 11/20/17, 6:02 PM | REDACTED | c761 | 1 |
| 11/22/17, 6:47 AM | REDACTED | 4829 | 1.5 |
| 11/23/17, 2:19 AM | REDACTED | f1ba2 | 1 |
| 11/23/17, 2:50 AM | REDACTED | 9a74 | 1 |
| 11/23/17, 11:38 AM | REDACTED | 0887 | 2 |
| 11/23/17, 8:41 PM | REDACTED | 2ae1 | 1 |
| 11/24/17, 8:19 AM | REDACTED | 5299 | 1 |
| 11/25/17, 4:54 PM | REDACTED | 1800 | 5 |
| 11/25/17, 4:55 PM | REDACTED | 1800 | 5 |
| 11/26/17, 8:53 AM | REDACTED | a531 | 10 |
| 11/26/17, 5:39 PM | REDACTED | 9aac | 2 |
| 11/26/17, 7:58 PM | REDACTED | abb2 | 1 |
| 11/26/17, 9:18 PM | REDACTED | 53ca | 1 |
| 11/29/17, 9:32 PM | REDACTED | ee71 | 1 |
| 11/30/17, 6:56 PM | REDACTED | bd1d | 1 |
| 11/30/17, 6:59 PM | REDACTED | 15c5 | 1 |
| 11/30/17, 7:59 PM | REDACTED | 0da1 | 1.3 |
| 12/1/17, 2:45 PM | REDACTED | 04dd | 2 |
| 12/2/17, 7:49 AM | REDACTED | 7cef | 1 |
| 12/5/17, 8:12 PM | REDACTED | ef94 | 3 |
| 12/8/17, 1:11 PM | REDACTED | a29b | 2 |
| | **Total ETH Received** | | 193.6 |

2

**3. Deposits into Address 2)** <span>REDACTED</span> cb21 (OpportyMonthHold)

| Date and Time | Sending Address | | Amount (ETH) |
|---|---|---|---|
| 2/5/18, 2:00 PM | REDACTED | 418e | 0.5 |
| 2/5/18, 2:00 PM | REDACTED | d793 | 0.8 |
| 2/5/18, 2:00 PM | REDACTED | 5bd6 | 1 |
| 2/5/18, 2:00 PM | REDACTED | 6da1 | 0.3 |
| 2/5/18, 2:01 PM | REDACTED | 876a | 0.5 |
| 2/5/18, 2:01 PM | REDACTED | 17bd | 3 |
| 2/5/18, 2:01 PM | REDACTED | e626 | 2.2 |
| 2/5/18, 2:01 PM | REDACTED | 0f09 | 0.5 |
| 2/5/18, 2:02 PM | REDACTED | cfcf | 0.4 |
| 2/5/18, 2:02 PM | REDACTED | cfe1 | 0.5 |
| 2/5/18, 2:02 PM | REDACTED | a09e | 3 |
| 2/5/18, 2:03 PM | REDACTED | d899 | 1 |
| 2/5/18, 2:03 PM | REDACTED | e91e | 1.058 |
| 2/5/18, 2:03 PM | REDACTED | ccaf | 1 |
| 2/5/18, 2:04 PM | REDACTED | d2c9 | 0.5 |
| 2/5/18, 2:07 PM | REDACTED | 0ed5 | 1 |
| 2/5/18, 2:07 PM | REDACTED | a337 | 1.1 |
| 2/5/18, 2:07 PM | REDACTED | 15a0 | 0.3 |
| 2/5/18, 2:08 PM | REDACTED | 6fa7 | 1.2 |
| 2/5/18, 2:10 PM | REDACTED | 9317 | 4 |
| 2/5/18, 2:12 PM | REDACTED | 5547 | 0.3 |
| 2/5/18, 2:16 PM | REDACTED | 1806 | 0.3 |
| 2/5/18, 2:19 PM | REDACTED | 8032 | 5 |
| 2/5/18, 2:28 PM | REDACTED | da9a | 1 |
| 2/5/18, 2:31 PM | REDACTED | cbf1 | 0.5 |
| 2/5/18, 2:32 PM | REDACTED | a930 | 3 |
| 2/5/18, 2:34 PM | REDACTED | bdab | 1 |
| 2/5/18, 2:42 PM | REDACTED | dece | 0.331905096 |
| 2/5/18, 2:42 PM | REDACTED | 361f | 2 |
| 2/5/18, 2:52 PM | REDACTED | b02c | 1.73 |
| 2/5/18, 2:55 PM | REDACTED | 5f40 | 0.5 |
| 2/5/18, 3:00 PM | REDACTED | 1963 | 3 |
| 2/5/18, 3:03 PM | REDACTED | 9a3f | 1 |
| 2/5/18, 3:05 PM | REDACTED | 57ab | 0.52 |
| 2/5/18, 3:08 PM | REDACTED | 55e6 | 2 |
| 2/5/18, 3:54 PM | REDACTED | 52cc | 1 |
| 2/5/18, 4:03 PM | REDACTED | 1ecd | 0.5 |
| 2/5/18, 4:27 PM | REDACTED | dcd2 | 6 |
| 2/5/18, 4:29 PM | REDACTED | 7ff3 | 1 |
| 2/5/18, 6:11 PM | REDACTED | 4260 | 1.1 |
| 2/5/18, 6:15 PM | REDACTED | fa1f | 1.1 |
| 2/5/18, 6:42 PM | REDACTED | 5644 | 1 |
| 2/5/18, 6:48 PM | REDACTED | 6826 | 0.72 |
| 2/5/18, 7:43 PM | REDACTED | 9b55 | 1 |
| 2/5/18, 7:44 PM | REDACTED | 1f8a | 1.25 |
| 2/5/18, 8:16 PM | REDACTED | 5fc3 | 0.3 |
| 2/5/18, 8:57 PM | REDACTED | 3b61 | 4 |
| 2/5/18, 10:15 PM | REDACTED | 1ccf9 | 3 |
| 2/5/18, 10:20 PM | REDACTED | f5c0 | 2 |
| 2/5/18, 10:29 PM | REDACTED | 674a | 1 |
| 2/5/18, 10:33 PM | REDACTED | 54f4 | 1 |

3

| Date and Time | Sending Address | | Amount (ETH) |
|---|---|---|---|
| 2/5/18, 11:02 PM | REDACTED | 0c37 | 0.38 |
| 2/6/18, 12:30 AM | REDACTED | 3476 | 0.36 |
| 2/6/18, 3:38 AM | REDACTED | 5b7f | 5 |
| 2/6/18, 3:50 AM | REDACTED | e8ac | 3 |
| 2/6/18, 7:34 AM | REDACTED | 4092 | 0.3 |
| 2/6/18, 8:33 AM | REDACTED | 2c47 | 1 |
| 2/6/18, 8:41 AM | REDACTED | f23a | 0.9 |
| 2/6/18, 11:29 AM | REDACTED | bb43 | 0.35 |
| 2/6/18, 11:32 AM | REDACTED | 44fa | 2 |
| 2/6/18, 11:36 AM | REDACTED | d349 | 0.3 |
| 2/6/18, 11:43 AM | REDACTED | 49c3 | 1 |
| 2/6/18, 11:48 AM | REDACTED | 8238 | 0.3 |
| 2/6/18, 11:49 AM | REDACTED | e8ac | 1 |
| 2/6/18, 2:06 PM | REDACTED | eeb6 | 1 |
| 2/6/18, 8:11 PM | REDACTED | c458 | 0.5 |
| 2/6/18, 8:23 PM | REDACTED | 7171 | 0.3 |
| 2/6/18, 8:52 PM | REDACTED | c5a2 | 1 |
| 2/6/18, 9:03 PM | REDACTED | a61e | 0.5 |
| 2/6/18, 11:07 PM | REDACTED | ab22 | 0.5 |
| 2/7/18, 3:50 AM | REDACTED | afd0 | 0.3 |
| 2/7/18, 11:08 AM | REDACTED | d1ff | 0.3 |
| 2/7/18, 12:07 PM | REDACTED | e76e | 0.3 |
| 2/7/18, 6:57 PM | REDACTED | 8e59 | 0.4 |
| 2/7/18, 10:22 PM | REDACTED | d069 | 0.32 |
| 2/8/18, 2:56 AM | REDACTED | e790 | 1 |
| 2/8/18, 3:28 AM | REDACTED | ac14 | 0.6 |
| 2/8/18, 8:29 PM | REDACTED | 0b91 | 1 |
| 2/8/18, 8:32 PM | REDACTED | 0b91 | 1.1 |
| 2/8/18, 10:15 PM | REDACTED | 58dd | 0.5 |
| 2/8/18, 10:22 PM | REDACTED | 58dd | 1.5 |
| 2/9/18, 4:14 PM | REDACTED | b17d | 0.3 |
| 2/9/18, 10:26 PM | REDACTED | 73b7 | 0.3 |
| 2/10/18, 7:39 AM | REDACTED | 17da | 8.5 |
| 2/10/18, 7:51 AM | REDACTED | 2199 | 0.5 |
| 2/10/18, 7:11 PM | REDACTED | 5967 | 0.4 |
| 2/11/18, 6:19 AM | REDACTED | a137 | 3 |
| 2/12/18, 8:47 AM | REDACTED | 740a | 0.3 |
| 2/12/18, 1:26 PM | REDACTED | 378c | 0.35 |
| 2/12/18, 10:09 PM | REDACTED | 058b | 1 |
| 2/14/18, 11:38 PM | REDACTED | 370a | 0.3 |
| 2/16/18, 9:12 PM | REDACTED | b5ba | 0.5 |
| 2/17/18, 7:16 PM | REDACTED | 937b | 0.3 |
| 2/20/18, 5:10 PM | REDACTED | 14a7 | 1 |
| 2/20/18, 5:42 PM | REDACTED | b877 | 0.6 |
| 2/25/18, 8:40 PM | REDACTED | 0d08 | 2.4 |
| 2/27/18, 2:18 PM | REDACTED | e3b8 | 1 |
| 2/27/18, 10:20 PM | REDACTED | 6a5e | 1.2 |
| 2/28/18, 4:58 AM | REDACTED | f550 | 1 |
| 3/1/18, 7:19 PM | REDACTED | eb20 | 0.3 |
| 3/2/18, 2:30 PM | REDACTED | 81bd | 0.5 |
| 3/3/18, 10:53 AM | REDACTED | 85fb | 0.3 |
| 3/5/18, 6:36 AM | REDACTED | 82d8 | 10 |

4

| Date and Time | Sending Address | | Amount (ETH) |
|---|---|---|---|
| 3/5/18, 3:24 PM | REDACTED | 5d0b | 1 |
| 3/7/18, 10:53 PM | REDACTED | 38ca | 0.3 |
| 3/8/18, 4:03 AM | REDACTED | f550 | 5 |
| 3/8/18, 10:40 AM | REDACTED | f8bd | 5 |
| | Total ETH Received | | 144.3 |

**4. Deposits into Address 3)** REDACTED **9484 (OpportyPresale2)**

| Date and Time | Sending Address | | Amount (ETH) |
|---|---|---|---|
| 12/14/17, 12:17 AM | REDACTED | c58e | 5 |
| 12/15/17, 2:55 PM | REDACTED | 9db6 | 1.1 |
| 12/20/17, 6:48 PM | REDACTED | 6216 | 1 |
| 12/21/17, 12:54 AM | REDACTED | ae04 | 2 |
| 12/22/17, 6:25 PM | REDACTED | 61dc | 1 |
| 12/22/17, 7:16 PM | REDACTED | d8db | 0.5 |
| 12/22/17, 10:13 PM | REDACTED | 9e3f | 1 |
| 12/23/17, 2:08 AM | REDACTED | f0af | 1.5 |
| 12/23/17, 1:29 PM | REDACTED | 4e9d | 0.5 |
| 12/24/17, 7:31 AM | REDACTED | a7e2 | 0.515 |
| 12/24/17, 1:49 PM | REDACTED | 0795 | 1 |
| 12/25/17, 8:14 AM | REDACTED | e6ce | 4.01 |
| 12/25/17, 8:22 PM | REDACTED | 0f7b | 1.35 |
| 12/26/17, 2:26 PM | REDACTED | 93b0 | 1 |
| 12/26/17, 3:37 PM | REDACTED | 1198 | 1 |
| 12/26/17, 10:40 PM | REDACTED | 8510 | 0.514 |
| 12/27/17, 12:45 AM | REDACTED | f53a | 1 |
| 12/28/17, 6:33 PM | REDACTED | 685b | 1 |
| 1/2/18, 2:28 AM | REDACTED | ac14 | 1 |
| | Total ETH Received | | 25.99 |

**5. Deposits into Address 4)** REDACTED **f297 (OpportyWhiteList)**

| Date and Time | Sending Address | | Amount (ETH) |
|---|---|---|---|
| 2/5/18, 4:29 PM | REDACTED | 6652 | 105 |
| 2/5/18, 4:43 PM | REDACTED | 8a11 | 107 |
| 2/6/18, 9:10 AM | REDACTED | 1e08 | 2 |
| 3/27/18, 1:39 PM | REDACTED | c779 | 150 |
| | Total ETH Received | | 364 |

5

**6. Deposits into Address 5)** REDACTED 250a (OpportyYearHold)

| Date and Time | Sending Address | | Amount (ETH) |
|---|---|---|---|
| 2/5/18, 2:00 PM | REDACTED | 89a6 | 0.3 |
| 2/5/18, 2:01 PM | REDACTED | da55 | 100* |
| 2/5/18, 2:01 PM | REDACTED | 265e | 0.3 |
| 2/5/18, 2:03 PM | REDACTED | b642 | 1 |
| 2/5/18, 2:04 PM | REDACTED | cb54 | 2 |
| 2/5/18, 2:13 PM | REDACTED | 9525 | 0.56 |
| 2/5/18, 2:16 PM | REDACTED | aced | 1.2195404 |
| 2/5/18, 2:30 PM | REDACTED | 4955 | 100* |
| 2/5/18, 2:36 PM | REDACTED | 3ff8 | 0.7 |
| 2/5/18, 2:39 PM | REDACTED | 14a6 | 8.8 |
| 2/5/18, 2:39 PM | REDACTED | a41e | 0.5 |
| 2/5/18, 2:47 PM | REDACTED | f3c9 | 2 |
| 2/5/18, 3:28 PM | REDACTED | 384a | 1.7236068 |
| 2/5/18, 3:44 PM | REDACTED | b252 | 1 |
| 2/5/18, 4:29 PM | REDACTED | d84b | 6.1196945 |
| 2/5/18, 5:26 PM | REDACTED | 030d | 2 |
| 2/5/18, 5:46 PM | REDACTED | a87a | 0.35 |
| 2/5/18, 6:59 PM | REDACTED | cfe1 | 0.5 |
| 2/5/18, 7:15 PM | REDACTED | 81d6 | 2.27 |
| 2/5/18, 9:35 PM | REDACTED | f342 | 0.3 |
| 2/5/18, 10:50 PM | REDACTED | 3d10 | 0.5 |
| 2/6/18, 6:07 AM | REDACTED | b9ed | 20 |
| 2/6/18, 9:37 AM | REDACTED | a256 | 0.35 |
| 2/6/18, 12:11 PM | REDACTED | 0581 | 0.3 |
| 2/6/18, 3:34 PM | REDACTED | 1d13 | 0.3 |
| 2/6/18, 7:53 PM | REDACTED | 3f94 | 0.4010674 |
| 2/7/18, 4:12 AM | REDACTED | 1de1 | 0.5 |
| 2/7/18, 5:38 PM | REDACTED | c0cb | 0.5 |
| 2/8/18, 5:42 AM | REDACTED | a0a8 | 0.5 |
| 2/8/18, 11:22 AM | REDACTED | dab4 | 0.3 |
| 2/9/18, 4:14 AM | REDACTED | d03e | 0.5 |
| 2/9/18, 10:19 AM | REDACTED | 121b | 0.321 |
| 2/9/18, 9:45 PM | REDACTED | a415 | 0.95 |
| 2/11/18, 6:20 AM | REDACTED | 2ab4 | 0.3 |
| 2/12/18, 3:36 AM | REDACTED | 01de | 0.5 |
| 2/13/18, 4:52 AM | REDACTED | ec72 | 0.4 |
| 2/14/18, 5:57 AM | REDACTED | 4fd7 | 0.3 |
| 2/16/18, 6:04 PM | REDACTED | 509c | 0.7 |
| 2/21/18, 2:05 PM | REDACTED | 3721 | 0.35 |
| 2/23/18, 4:37 AM | REDACTED | ce84 | 0.5 |
| 2/23/18, 4:43 AM | REDACTED | 7ab3 | 0.5 |
| 2/26/18, 1:25 AM | REDACTED | bde6 | 4 |
| 3/2/18, 10:11 PM | REDACTED | 83c8 | 1 |
| | Total ETH Received | | 65.61 |

*These transactions are identified as originating from addresses associated with Opporty (see Exhibit 3).*

6

**Exhibit 2 – Opporty Distribution of OPP on Ethereum Blockchain**

*Analysis as of July 26, 2021*

Source: Etherscan.io

**1. List of Opporty Addresses Disbursing OPP**

| No. | Opporty Ethereum Addresses That Sent OPP | | Blockchain Name |
|---|---|---|---|
| 2) | REDACTED | cb21 | OpportyMonthHold |
| 5) | REDACTED | 250a | OpportyYearHold |
| 6) | REDACTED | 78eb | HoldPresaleContract |
| 7) | REDACTED | 7bee | OpportyWhiteListHold |

*Subsequent pages provide transaction details for OPP disbursements from the addresses above.*

**2. OPP Disbursements from Address 2)** ████ REDACTED ████ cb21 (OpportyMonthHold)

| Date and Time | Receiving Address | Amount (OPP) |
|---|---|---|
| 10/31/18, 4:59 PM | REDACTED a137 | 18,750 |
| 10/31/18, 6:40 PM | REDACTED 1963 | 24,750 |
| 11/2/18, 6:25 AM | REDACTED 876a | 3,375 |
| 11/5/18, 11:50 AM | REDACTED a930 | 20,250 |
| 11/5/18, 7:20 PM | REDACTED 5644 | 6,750 |
| 11/6/18, 4:54 PM | REDACTED e8ac | 6,750 |
| 11/7/18, 3:06 PM | REDACTED cbf1 | 3,375 |
| 11/7/18, 4:38 PM | REDACTED 0b91 | 13,125 |
| 11/7/18, 6:44 PM | REDACTED 8032 | 33,750 |
| 11/8/18, 2:08 AM | REDACTED fccaf | 6,750 |
| 11/8/18, 5:52 AM | REDACTED f550 | 37,500 |
| 11/8/18, 3:13 PM | REDACTED 0ed5 | 6,750 |
| 11/8/18, 9:31 PM | REDACTED a337 | 7,425 |
| 11/8/18, 9:37 PM | REDACTED 15a0 | 2,025 |
| 11/9/18, 1:53 PM | REDACTED d899 | 6,750 |
| 11/9/18, 5:09 PM | REDACTED 3476 | 2,430 |
| 11/9/18, 5:13 PM | REDACTED c458 | 3,250 |
| 11/9/18, 7:49 PM | REDACTED 2199 | 3,125 |
| 11/9/18, 10:19 PM | REDACTED 937b | 1,875 |
| 11/10/18, 2:52 PM | REDACTED 674a | 6,750 |
| 11/11/18, 5:38 AM | REDACTED dcd2 | 40,500 |
| 11/11/18, 8:09 PM | REDACTED d793 | 5,400 |
| 11/11/18, 8:45 PM | REDACTED d069 | 2,000 |
| 11/11/18, 11:09 PM | REDACTED 17da | 53,125 |
| 11/12/18, 10:47 AM | REDACTED 5fc3 | 2,025 |
| 11/13/18, 2:38 AM | REDACTED 82d8 | 62,500 |
| 11/13/18, 8:37 AM | REDACTED 5f40 | 3,375 |
| 11/13/18, 11:39 AM | REDACTED bb43 | 2,362 |
| 11/14/18, 6:06 AM | REDACTED eb20 | 1,875 |
| 11/14/18, 1:27 PM | REDACTED d349 | 2,025 |
| 11/14/18, 1:43 PM | REDACTED 3cfe1 | 3,375 |
| 11/15/18, 3:50 AM | REDACTED 6a5e | 7,500 |
| 11/16/18, 12:16 PM | REDACTED 73b7 | 1,875 |
| 11/20/18, 11:22 AM | REDACTED b5ba | 3,125 |
| 11/26/18, 1:02 AM | REDACTED 4260 | 7,425 |
| 11/27/18, 10:40 AM | REDACTED 17bd | 20,250 |
| 11/28/18, 2:25 PM | REDACTED 1ecd | 3,375 |
| 11/28/18, 8:15 PM | REDACTED 1f8a | 10,312 |
| 12/6/18, 5:12 PM | REDACTED f23a | 6,075 |
| 12/8/18, 5:43 PM | REDACTED 740a | 1,875 |
| 12/28/18, 4:15 PM | REDACTED 44fa | 13,500 |
| 1/9/19, 3:30 PM | REDACTED eeb6 | 6,500 |
| 1/16/19, 10:00 PM | REDACTED e76e | 1,875 |
| 1/24/19, 2:15 PM | REDACTED f8bd | 31,250 |
| 2/9/19, 5:22 AM | REDACTED 361f | 13,500 |
| 2/25/19, 2:01 PM | REDACTED e626 | 14,850 |
| 3/4/19, 8:28 PM | REDACTED 3b61 | 33,000 |
| 3/17/19, 9:44 AM | REDACTED bdab | 6,750 |
| 2/5/21, 2:59 AM | REDACTED 81bd | 3,125 |
| 5/11/21, 6:36 PM | REDACTED 058b | 6,250 |

**3. OPP Disbursements from Address 3)** ███ REDACTED ███ **250a (OpportyYearHold)**

| Date and Time | Receiving Address | | Amount (OPP) |
|---|---|---|---|
| 4/26/19, 1:01 AM | REDACTED | cb54 | 14,500 |
| 4/26/19, 2:33 AM | REDACTED | 384a | 12,496 |
| 4/26/19, 2:07 PM | REDACTED | bde6 | 27,000 |
| 4/29/19, 6:37 PM | REDACTED | d84b | 50,487 |
| 5/6/19, 2:05 PM | REDACTED | b9ed | 145,000 |
| 5/8/19, 7:40 AM | REDACTED | 2ab4 | 2,025 |
| 5/17/19, 12:52 PM | REDACTED | b642 | 7,250 |
| 5/20/19, 9:09 PM | REDACTED | a0a8 | 3,375 |
| 5/21/19, 2:55 AM | REDACTED | 3d10 | 3,625 |
| 7/8/19, 2:57 PM | REDACTED | f3c9 | 14,500 |
| 8/6/19, 11:58 AM | REDACTED | cfe1 | 3,625 |

**4. OPP Disbursements from Address 6)** ███ REDACTED ███ **78eb (HoldPresaleContract)**

| Date and Time | Receiving Address | | Amount (OPP) |
|---|---|---|---|
| 1/4/18, 5:26 PM | REDACTED | 1f31 | 15,306 |
| 11/6/18, 5:02 PM | REDACTED | 5401 | 90,316 |
| 11/8/18, 5:25 PM | REDACTED | 86c2 | 20,250 |
| 11/8/18, 10:46 PM | REDACTED | 4e9d | 3,750 |
| 11/9/18, 2:04 PM | REDACTED | bf3b | 7,150 |
| 11/13/18, 3:59 AM | REDACTED | 516a | 13,400 |
| 11/20/18, 4:24 PM | REDACTED | a693 | 13,100 |
| 11/26/18, 8:09 AM | REDACTED | 1800 | 76,000 |
| 11/26/18, 10:40 PM | REDACTED | abbd | 775,000 |
| 11/28/18, 12:48 AM | REDACTED | b364 | 32,000 |
| 12/3/18, 3:46 PM | REDACTED | bd1d | 7,500 |
| 12/20/18, 1:30 PM | REDACTED | df88 | 7,575 |
| 1/2/19, 5:39 PM | REDACTED | 0795 | 7,500 |
| 1/4/19, 8:42 AM | REDACTED | 93b0 | 7,500 |
| 1/10/19, 11:13 AM | REDACTED | ae04 | 15,000 |
| 1/15/19, 1:46 PM | REDACTED | 9e3f | 7,500 |
| 1/15/19, 3:23 PM | REDACTED | 9a74 | 7,500 |
| 1/16/19, 11:04 PM | REDACTED | e879 | 15,000 |
| 1/21/19, 12:21 PM | REDACTED | 9db6 | 7,150 |
| 1/24/19, 8:17 AM | REDACTED | 61dc | 7,500 |
| 2/18/19, 10:30 AM | REDACTED | a1af | 19,050 |
| 4/1/19, 7:37 AM | REDACTED | 685b | 7,200 |
| 3/16/21, 11:42 PM | REDACTED | 15c5 | 7,500 |
| 4/3/21, 12:29 PM | REDACTED | a7e2 | 3,862 |

**5. OPP Disbursements from Address 7)** ███ REDACTED ███ **7bee (OpportyWhiteListHold)**

| Date and Time | Receiving Address | | Amount (OPP) |
|---|---|---|---|
| 9/24/18, 12:24 PM | REDACTED | c779 | 1,312,500 |
| 11/7/18, 8:08 PM | REDACTED | 8a11 | 882,750 |
| 12/3/18, 7:25 PM | REDACTED | 6652 | 866,250 |
| 6/27/19, 12:50 PM | REDACTED | 1e08 | 16,500 |

9

**Exhibit 3 – List of Opporty Ethereum Addresses**

*Analysis as of July 26, 2021*

Source: Etherscan.io and Opporty Production to SEC, SEC-OPPORTY-E-0008045

| No. | Ethereum Address | Blockchain Name |
|---|---|---|
| 1) | REDACTED 5BF4 | OpportyPresale |
| 2) | REDACTED cb21 | OpportyMonthHold |
| 3) | REDACTED 9484 | OpportyPresale2 |
| 4) | REDACTED F297 | OpportyWhiteList |
| 5) | REDACTED 250a | OpportyYearHold |
| 6) | REDACTED 78Eb | HoldPresaleContract |
| 7) | REDACTED 7Bee | OpportyWhiteListHold |
| 8) | REDACTED 65E9 | OpportyBountyHold |
| 9) | REDACTED 856c | OpportySale |
| 10) | REDACTED 4955 | - |
| 11) | REDACTED 3591 | - |
| 12) | REDACTED 83fe | - |
| 13) | REDACTED 92a2 | - |
| 14) | REDACTED 07DE | - |
| 15) | REDACTED DA55 | - |
| 16) | REDACTED 3351 | - |
| 17) | REDACTED 6658 | - |
| 18) | REDACTED 230d | - |
| 19) | REDACTED 320f | - |
| 20) | REDACTED 673C | - |

10