## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---

**U.S. SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

   **-against-**

**SERGII "SERGEY" GRYBNIAK and OPPORTY INTERNATIONAL, INC.,**

      **Defendants, and**

**CLEVER SOLUTION, INC.**

      **Relief Defendant.**

Civil Action No. 1:20-cv-00327-EK-MMH

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

---

TO: Nicholas C. Margida
   Division of Enforcement
   Trial Unit, Mail Stop 5977
   U.S. Securities and Exchange Commission
   100 F Street, N.E.
   Washington, D.C. 20549-5720
   *Counsel for Plaintiff*

PLEASE TAKE NOTICE that Defendants Sergii "Sergey" Grybniak, Opporty

International, Inc. and Clever Solution, Inc., by their undersigned attorney, will move on

February 28, 2022, or such other date as the Court may hereafter set, before the Honorable Eric

R. Komitee, United States District Judge for the Eastern District of New York, United States

Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for entry of summary

judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local

Rules of the United States District Courts for the Southern and Eastern Districts of New York.

This motion is based on upon the accompanying Declaration of Sergii "Sergey" Grybniak and

exhibits thereto, the Memorandum In Support of Defendants' Cross-Motion for Summary

Judgment and In Opposition to Plaintiff's Motion for Partial Summary Judgment, and the

annexed Statement of Material Facts, all dated and served today but not yet filed with the Court

in accordance with the Individual Practices and Rules of Judge Komitee and this Court's October

18, 2021 minute order, and all the pleadings and proceedings herein.

Respectfully submitted,

By: /s/ Glenn B. Manishin
Glenn B. Manishin (admitted *pro hac vice*)
PARADIGMSHIFT LAW LLP
6735 Breezy Drive, Suite 101
Warrenton, VA 20187-2716
(202) 256-4600
glenn@manishin.com

*Counsel for Defendants*

Dated: January 7, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on the following attorney for plaintiff on January 7, 2022, with consent to electronic delivery, by email:

Nicholas C. Margida
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5720
margidan@sec.gov

/s/ Glenn B. Manishin
Glenn B. Manishin