

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

October 18, 2024

**<u>VIA ECF</u>**

The Honorable Judge Eric R. Komitee
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *SEC v. Grybniak, et al.*, 1:20-cv-327-EK-MMH

Dear Judge Komitee:

      Pursuant to Rule I.C of the Court's Individual Rules and Practices in Civil Cases ("Individual Rules") and Local Civil Rule 7.1(d), plaintiff Securities and Exchange Commission ("SEC") and defendants Sergii "Sergey" Grybniak ("Grybniak") and Opporty International, Inc. ("Opporty") and relief defendant Clever Solution Inc. (collectively "Defendants") jointly move the Court to extend by three months the deadline for the parties to submit a proposed pre-trial order in the above-captioned case.

      In support of this joint motion and in accordance with Individual Rule I.C, the parties state as follows:

      1.      On September 24, 2024, the Court entered an order granting in part and denying in part the SEC's motion for partial summary judgment against Defendants and denying Defendants' cross-motion for summary judgment. *See* ECF No. 77. Specifically, the Court granted the SEC's motion as to its claim that Grybniak and Opporty violated Section 5 of the Securities Act of 1933 ("Securities Act") and denied the SEC's motion as to its claim that Grybniak aided and abetted Opporty's Section 5 violation. *Id.* at 48-49.

      2.      Pursuant to Individual Rule IV.B, once the Court resolves dispositive motions, such as the parties' motions for summary judgment here, the parties "shall jointly submit a proposed pre-trial order within thirty days." Accordingly, the current deadline for the parties to submit the proposed joint pre-trial order in this case is October 24, 2024.

      3.      Currently, the parties are engaged in good-faith settlement negotiations to resolve the remaining issues in this case, including the SEC's remaining fraud claims under Securities Act Section 17(a) and Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder, as well as remedies. The parties respectfully submit that granting the requested extension would provide them the necessary time to continue these discussions

and potentially resolve the case in its entirety, and thus respectfully submit that the extension would not unnecessarily delay this case.

     4.    The parties have not previously requested an extension of the deadline to submit a proposed pre-trial order, and the extension, if granted, would not affect any other deadlines in this case as there are none pending.

     Accordingly, the Parties respectfully request that the Court grant the requested three-month extension and reset the deadline for the parties to submit a proposed joint pre-trial order for January 24, 2025.

Respectfully submitted,

*/s/ Nicholas C. Margida*
Nicholas C. Margida

*Counsel for Plaintiff*
*U.S. Securities & Exchange Commission*

*/s/ Glenn Manishin*
Glenn Manishin

*Counsel for Defendants Sergii Grybniak and Opporty*
*International, Inc. and Relief Defendant Clever Solution*
*Inc.*

Cc: All counsel of record (via ECF)