## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,**<br><br>        **Plaintiff,**<br><br>   **vs.**<br><br>**SERGII "SERGEY" GRYBNIAK, and OPPORTY INTERNATIONAL, INC.,**<br><br>        **Defendants, and**<br><br>**CLEVER SOLUTION INC.,**<br><br>        **Relief Defendant.** | **Case No.  1:20-cv-327-EK-MMH** |

## PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANTS SERGII "SERGEY" GRYBNIAK AND OPPORTY INTERNATIONAL, INC.

Plaintiff U.S. Securities and Exchange Commission (the "Commission"), respectfully moves the Court to enter final judgment according to the settlement between the Commission and Defendants Sergii "Sergey" Grybniak ("Grybniak") and Opporty International, Inc. ("Opporty").

Submitted herewith as Exhibits 1 and 2, respectively, are the executed Consents of Grybniak and Opporty.  And submitted herewith as Exhibit 3 is the proposed Final Judgment against Defendants.

The proposed Final Judgment would: (i) permanently enjoin Defendants from violating Sections 5, and 17(a)(2)and (3), of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e, 77q(a)(2)-(3)]; (ii) enjoin Grybniak, for a period of three (3) years, from participating in any offering of securities, with the exception of purchasing and selling securities for his own personal account; (iii) order Grybniak to pay a civil penalty in the amount of $100,000 under Section 20(d) of the

Securities Act [15 U.S.C. § 77t(d)]; and (iv) order Defendants to comply with certain undertakings, set forth in Defendants' respective Consents.

The Commission plans to separately file a motion to voluntarily dismiss its unjust enrichment claim against Relief Defendant Clever Solution Inc., which, in conjunction with the instant motion, would resolve all outstanding claims in this case.

Because Defendants have consented to entry of the proposed Final Judgment, the instant motion is unopposed.

The Commission submits that the proposed Final Judgment is fair, reasonable, adequate, and in the public interest.  Accordingly, the Commission respectfully requests that the Court enter the proposed Final Judgment.

Dated: January 17, 2025

Respectfully submitted,

*/s/ Nicholas C. Margida*
Nicholas C. Margida
Mark Oh
Kendra Kinnaird
U.S. SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549-5977
(202) 551-8504 (Margida)
MargidaN@SEC.gov

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I caused a copy of the foregoing to be served, pursuant to the parties' agreement to accept electronic service, on counsel for Defendants and Relief Defendant, Glenn Manishin, at glenn@paradigmshiftlaw.com.

_/s/ Nicholas C. Margida_
_Counsel for Plaintiff_
_U.S. Securities and Exchange Commission_